IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

YVETTE BLACK,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No.: 3:14-cv-292

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (doc. 17) is **ADOPTED** in full;
2. Plaintiff's unopposed motion for an EAJA fee award (doc. 16) is **GRANTED**;
3. Plaintiff is **AWARDED** $10,277.50 in EAJA fees; and
4. The case remains **TERMINATED** on the docket of this Court.

Date: 8-3-16

Walter H. Rice
United States District Judge