IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

YVETTE C. BLACK,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No.: 3:14-cv-292

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 20), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (doc. 20) is **ADOPTED** in full;
2. Plaintiff's motion for attorney's fees (doc. 19) is **GRANTED**;
3. Plaintiff's counsel is **AWARDED** $31,188.50 in attorney's fees;
4. The case remains **TERMINATED** on the docket of this Court.

Date: 1-26-18

Walter H. Rice
United States District Judge